**(Official Form 1) (12/03)**

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hamann, Steven Lee** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Hamann, Hope M.** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**AKA Hope M. Pegeloff** |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**xxx-xx-5406** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**xxx-xx-6501** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**402 Maple Street**<br>**Prophetstown, IL 61277** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**402 Maple Street**<br>**Prophetstown, IL 61277** |
| County of Residence or of the<br>Principal Place of Business: **Whiteside** | County of Residence or of the<br>Principal Place of Business: **Whiteside** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) | |
|---|---|---|---|
| ■ Individual(s) | ☐ Railroad | ☐ Chapter 7  ☐ Chapter 11  ■ Chapter 13 | |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9  ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | |
| ☐ Other _____ | ☐ Clearing Bank | | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ■ Consumer/Non-Business   ☐ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)   THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (03/03)     **FORM B1**, Page 2

# Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Hamann, Steven Lee**
**Hamann, Hope M.**

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    **/s/ Steven Lee Hamann**
Signature of Debtor  **Steven Lee Hamann**

X    **/s/ Hope M. Hamann**
Signature of Joint Debtor  **Hope M. Hamann**

_____
Telephone Number (If not represented by attorney)

**April 19, 2005**
Date

**Signature of Attorney**

X    **/s/ Mark E. Zaleski**
Signature of Attorney for Debtor(s)
**Mark E. Zaleski**
Printed Name of Attorney for Debtor(s)
**Mark E. Zaleski**
Firm Name
**10 North Galena Avenue
Suite 220
Freeport, IL 61032**
Address                **Email: attyzaleski@cjrinc.com**
**815-233-0995  Fax: 815-232-3227**
Telephone Number
**April 19, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X  **/s/ Mark E. Zaleski**              **April 19, 2005**
Signature of Attorney for Debtor(s)         Date
**Mark E. Zaleski**

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

AFNI
POB 3517
Bloomington, IL 61702


Anderson Financial Network
Po Box 3427
Bloomington, IL 61702


Asset Acceptance
Po Box 2036
Warren, MI 48090


Beneficial Finance
PO Box 17574
Baltimore, MD 21297-1574


Beneficial Finance
3614 Avenue of the Cities
King Plaza
Rockford, IL 61108


Beneficial/Household Finance
2700 Sanders Rd
Prospect Heights, IL 60070


Capital One
PO Box 85147
Richmond, VA 23276


Capital One Bank
Po Box 85520
Richmond, VA 23285


Capital One Bank
PO Box 790216
Saint Louis, MO 63179-0216


Capital One Services
PO Box 60000
Seattle, WA 98190-6000


Citifinancial
1535 47th Ave Ste 2
Moline, IL 61265

```
Citifinancial
PO Box 8020
South Hackensack, NJ 07606


ComEd
Bill Payment Center
Chicago, IL 60668-0001


Cross Country Bank
Po Box 15371
Wilmington, DE 19850


Cross Country Bank
PO Box 310730
Boca Raton, FL 33431-0730


Frontier
60 Church Street
Gloversville, NY 12078


G M A C
3500 W 80th St Ste 300
Bloomington, MN 55431


Gateway Medical Imaging, P.C.
PO Box 2660
Waterloo, IA 50704-2660


GMAC Mortgage Corp
Po Box 780
Waterloo, IA 50704


Harvard Collection
4839 N Elston Ave
Chicago, IL 60630


Internal Revenue Service
230 South Dearborn
Stop5016
Chicago, IL 60604


JC Penny
PO Box 981131
El Paso, TX 79998
```

JC Penny
PO Box 960001
Orlando, FL 32896-0001


Morrison Community Hospital
303 North Jackson Street
Morrison, IL 61270


Nicor Gas
1844 Ferry Road
Naperville, IL 60563


Pekin Insurance
2505 Court St.
Pekin, IL 61558


PGATPC
12301 Whitewater Drive, POB 3433
Hopkins, MN 55343


Professional Financing Assc.
POB 1003
Totowa, NJ 07511


Providian
PO Box 660786
Dallas, TX 75266-0786


Providian Financial
Po Box 9180
Pleasanton, CA 94566


RRCA Account Management
312 Locust Street
Sterling, IL 61081


The Cbe Group
131 Tower Park Drive
Waterloo, IA 50704


Verizon Wireless
PO Box 630022
Dallas, TX 75263-0022

```
Verizon Wireless
1515 Woodfield Road
Suite 1400
Schaumburg, IL 60173


Veterinary Clinic of Prophetstown
51 Grove St.
Prophetstown, IL 61277


Wells Fargo Financial
3927 41st Avenue Dr
Moline, IL 61265
```